# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

JUNE LOUISE TILLMAN and CATHY ANN
LUCAS, Co-Wrongful Death Representatives for
ELAINE J. TILLMAN, Deceased,

    Plaintiffs,

vs.

RIVERTON MEMORIAL HOSPITAL, LLC.,

    Defendant.

Case Number: 21-CV-138-NDF

## ORDER OF RECUSAL

IT IS THEREFORE ORDERED that the above case is hereby reassigned from the Honorable Scott W. Skavdahl, Chief United States District Judge to the Honorable Nancy D. Freudenthal, United States District Judge as a conflict now exists with the previous presiding judge. The reassignment was completed through the random assignment process. Please use case number 21-CV-138-NDF for all future case filings.

Dated this 26th day of August, 2021.

Scott W. Skavdahl
Chief United States District Judge