IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING



**FILED**

2:04 pm, 2/10/22

**Margaret Botkins
Clerk of Court**

| | |
|---|---|
| JUNE LOUISE TILLMAN and CATHY ANN LUCAS, co-wrongful death representatives for ELAINE J. TILLMAN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>RIVERTON MEMORIAL HOSPITAL, LLC,<br><br>Defendant. | Case No. 21-CV-138-NDF |

## ORDER GRANTING IN PART MOTION FOR EXTENSIONS OF TIME

This matter comes before the Court on the parties' stipulated motion for extensions of time to designate experts, extend the discovery cutoff, and file dispositive motions and responses. (CM/ECF Document [Doc.] 12). The Court finds good cause to grant the motion with the caveat that the dispositive motions hearing scheduled for July 18, 2022 is vacated. Dispositive motions will be decided on the briefing and replies will be allowed.

It is therefore ORDERED that the schedule in this case be amended accordingly:

- **Plaintiffs' expert designation deadline** is extended from April 2, 2022 to **June 3, 2022.**

- **Defendant's expert designation deadline** is extended from April 29, 2022 to **July 3, 2022.**

- **The fact discovery cutoff date** is extended from June 3, 2022 to **July 29, 2022.**

- **The dispositive motion filing deadline** is extended from June 3, 2022 to **June 10, 2022.**

- Accordingly, **dispositive motion responses** will be due **June 24, 2022** and **dispositive motion replies** will be due **July 1, 2022.**

- The **dispositive motions hearing** set for July 18, 2022 is **VACATED.**

- The **status conference** REMAINS SET for **May 3, 2022 at 1:30 p.m.**

- The **final pretrial conference** REMAINS SET for **November 8, 2022 at 9:00 a.m.**

- The **jury trial** REMAINS SET for **December 5, 2022 at 8:30 a.m.**

Dated this 10th day of February, 2022.

_____
NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE