# EXHIBIT "3"

**In The Matter Of:**

*TILLMAN, et al. vs.*

*RIVERTON MEMORIAL HOSPITAL, LLC*

*KATHLEEN HIRSCH-LANUTE*

*October 25, 2022*

*T&T Reporting, LLC*

*477 Shoup Avenue, Suite 105*

*Idaho Falls, Idaho 83402*

*(208) 529-5491*

Min-U-Script® with Word Index

1

1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF WYOMING

3

4  JUNE LOUISE TILLMAN and CATHY ANN        )
   LUCAS, Co-Wrongful Death                 )
5  Representatives FOR ELAINE J.            ) Case No.
   TILLMAN, Deceased,                       ) 21-CV-138-NDF
6                                           )
                      Plaintiffs,           )
7  vs.                                      )
                                            )
8                                           )
                                            )
9  RIVERTON MEMORIAL HOSPITAL, LLC,         )
                                            )
10                     Defendant.           )

11

12        REMOTE VIDEOCONFERENCE DEPOSITION OF

13              KATHLEEN HIRSCH-LANUTE

14        Tuesday, October 25, 2022, 1:00 p.m.

15

16

17

18

19          BE IT REMEMBERED that the deposition of
   Kathleen Hirsch-Lanute was taken by the attorney for
   the plaintiffs via Zoom videoconference before Sheila
20 T. Fish, Court Reporter and Notary Public, in and for
   the State of Idaho, in the above-entitled matter.

21

22

23

24

25  Reported by:  Sheila T. Fish, CSR #906, RPR, CRR

52

1    they require.

2              Usually, they'll come in, they introduce

3    themselves.  They generally do not tell us what they

4    are there for.  They tell us they are there for an

5    investigation.  They do not clarify what the

6    investigation is.  And they ask for a pile of

7    documents.  Usually, it will be a group of charts,

8    and in that group of charts, they look for a like

9    diagnosis and usually whatever they're investigating

10   is one of the patients in that group of charts.

11             They ask for policies.  They ask for

12   qualifications of staff.  Sometimes they ask for

13   personnel records.  But we supply all of those

14   documents for them.  We assist them in looking

15   through the medical records because a lot of the

16   surveyors are not adept with the electronic medical

17   record.  You know, supply them with anything that

18   they ask for, basically.

19        Q.   When you say that you were present for

20   the CMS action, does that mean that you were there

21   for the visit?

22        A.   I was, yes.  I was there when he

23   arrived, introduced myself.  I sat there through the

24   introduction and supplied him with the information he

25   needed.  At some point he asked to interview staff

KATHLEEN HIRSCH-LANUTE - October 25, 2022

1   privately, and we did excuse ourselves during those

2   interviews.

3           Q.   So at what point after the attack did

4   you fly to Wyoming?

5           A.   Monday.  Monday morning.

6           Q.   Okay.  So you came in on Monday, and you

7   stayed obviously --

8           A.   I don't remember.  It may have been

9   Sunday.

10          Q.   But you were there for the unannounced

11  CMS visit?

12          A.   Oh, yes.

13          Q.   So were you there when they interviewed

14  each of the staff members?

15          A.   I was not.  He asked to do that in

16  private.

17          Q.   Who did he interview?  Was it a he?  I'm

18  sorry.  I'm just assuming.  I don't know why.

19          A.   I can't remember off the top of my head.

20  I know George Plumlee was one of them.

21          Q.   And then were you involved in the

22  response to their investigation?

23          A.   I was.

24          Q.   When you were in other positions before

25  2017, you had some involvement writing sitter