**FILED**



11:00 am, 1/25/23

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JUNE LOUISE TILLMAN and CATHY ANN LUCAS, Co-Wrongful Death Representatives for ELAINE J. TILLMAN, Deceased,<br><br>    Plaintiffs<br><br>v.<br><br>RIVERTON MEMORIAL HOSPITAL, LLC,<br><br>    Defendant. | Civil No. 21-cv-138-NDF |

## ORDER GRANTING JOINT MOTION TO DISMISS

**THIS MATTER** having come before the Court upon the parties' joint motion to dismiss with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), ECF 175, and all matters having been duly considered by the Court,

**IT IS HEREBY ORDERED** that this matter is hereby **DISMISSED,** *with prejudice;* and,

**IT IS FURTHER ORDERED** that each party shall remain responsible for, and bear, their own attorney's fees and costs.

DATED this 25th day of January, 2023.

*/s/ Nancy Freudenthal*
NANCY D. FREUDENTHAL
UNITED STATES SENIOR DISTRICT JUDGE